THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FORD MOTOR CREDIT CO. LLC | : |
| Plaintiff | : |
| v. | : 3:10-CV-1926 |
| | : (JUDGE MARIANI) |
| PETER J. MAXWELL *et al.*, | : |
| Defendants | : |
| v. | : |
| CHESTER STEWART | : |
| Third Party Defendant | : |

## ORDER

AND NOW, THIS 19TH DAY OF AUGUST 2014, upon consideration of Third-Party Defendant Chester Stewart's ("Stewart") Motion for Attorneys' Fees pursuant to 28 U.S.C. § 1927 (Doc. 127), and all accompanying briefs, **IT IS HEREBY ORDERED THAT** Stewart's Motion for Attorneys' Fees (Doc. 127) is **DENIED**.

Robert D. Mariani
United States District Judge